IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN K. ZINNEL,

      Plaintiff,

vs.

CITIMORTGAGE, INC. and
CR TITLE SERVICES, INC.,

      Defendants.
_____/

No. CIV S-10-2406 GEB DAD PS

ORDER

      Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On October 14, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within seven days. The seven-day period has expired, and no party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 14, 2010 (Doc. No. 20) are adopted in full; and

2. Plaintiff's motion for temporary restraining order (Doc. No. 10) is denied as moot.

Dated:  November 10, 2010

GARLAND E. BURRELL, JR.
United States District Judge