IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN K. ZINNEL,

      Plaintiff,                        No. CIV S-10-2406 GEB DAD PS

      v.

CITIMORTGAGE, INC. and            ORDER
CR TITLE SERVICES, INC.

      Defendants.
_____/

      This matter came before the court on December 10, 2010, for hearing of defendants' fully briefed motion to dismiss plaintiff's first amended complaint for failure to state a claim upon which relief can be granted. Jillian A. Benbow, Esq. appeared telephonically for the moving parties. Plaintiff, who is proceeding pro se in this action, appeared on his own behalf.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Pursuant to the parties' agreement in open court, and subject to their filing of waivers of disqualification, an early settlement conference is set before the undersigned on Thursday, February 17, 2011, at 10:00 a.m. in Courtroom 27;

      2. The parties shall file waivers of disqualification pursuant to Local Rules 240(a)(16) and 270(b) within thirty days after this order is filed;

1

      3. The parties shall submit confidential settlement statements as directed in the minutes entered in this case on December 10, 2010 (Doc. No. 43);

      4. Defendants' motion to dismiss (Doc. No. 21) is continued and will be re-set for hearing if the case does not settle;

      5. Plaintiff's discovery motion to enforce a subpoena (Doc. No. 38) is denied without prejudice as premature;

      6. Plaintiff's motion to amend (Doc. No. 40) is denied without prejudice to consideration of the request in the context of defendants' motion to dismiss;

      7. Plaintiff's discovery motion and motion to amend are dropped from the court's January 14, 2011 law and motion calendar; and

      8. All discovery is temporarily stayed pending completion of the settlement conference and, if the case does not settle, pending disposition of defendants' motion to dismiss.

DATED: December 10, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
zinnel2406.oah.121010