IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN K. ZINNEL,

      Plaintiff,                           No. CIV S-10-2406 GEB DAD PS

      v.

CITIMORTGAGE, INC. and           ORDER
CR TITLE SERVICES, INC.

      Defendants.
_____/

      The parties have requested that the court vacate the further settlement conference scheduled for April 28, 2011. The request will be granted, and defendants' motion to dismiss will be re-set for hearing, as provided in the court's order filed December 13, 2010.

      IT IS ORDERED that:

      1. The Further Settlement Conference scheduled in this case for April 28, 2011, at 10:00 a.m. is vacated at the request of all parties;

      2. Defendants' motion to dismiss filed October 14, 2010 (Doc. No. 21) is re-set for hearing on May 27, 2011, at 10:00 a.m. in Courtroom 27 before the undersigned; any party may appear at the hearing telephonically; to arrange telephonic appearance, the party shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128 at least forty-eight hours prior to the hearing and provide a land line number;

1

      3.  Defendants' motion to dismiss has been fully briefed, and the court's previous order (Doc. No. 35) that no additional briefing may be filed by either party remains in effect; and

      4.  The court's previous order staying all discovery (Doc. No. 45) pending disposition of defendants' motion to dismiss remains in effect.

DATED: April 27, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
zinnel2406.ord.vacsettconf.resetmtd