IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN K. ZINNEL,

    Plaintiff,                               No. CIV S-10-2406 GEB DAD PS

    v.

CITIMORTGAGE, INC. and               ORDER
CR TITLE SERVICES, INC.

    Defendants.
_____/

       The pro se plaintiff has filed a renewed motion for leave to file a second amended complaint. Plaintiff's previous motion was denied without prejudice to the court's consideration of plaintiff's request in the context of defendants' pending motion to dismiss. (See Doc. Nos. 43 & 45.) Plaintiff's renewed motion to amend (Doc. No. 56) is denied without prejudice for the same reason, and the motion is dropped from the May 27, 2011 calendar.

       IT IS SO ORDERED.

DATED: April 28, 2011.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:kw
zinnel2406.ord.den.secMTA